**UNITED STATES of America, Appellee, v. Phillp MAZZA, Appellant.**
**No. 194.**

Circuit Court of Appeals, Second Circuit.
Jan. 7, 1935.

Francis D. Saitta, of Brooklyn, N. Y., for appellant.

Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y. (Emanuel Bublick, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**UNITED STATES of America, Appellee, v. Frank MUSONE, Appellant.**
**No. 209.**

Circuit Court of Appeals, Second Circuit.
Jan. 7, 1935.

Sidney L. Masone, of Brooklyn, N. Y., for appellant.

Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**R. M. WALKER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**
**No. 7747.**

Circuit Court of Appeals, Ninth Circuit.
Jan. 21, 1935.

O. R. Folsom-Jones, of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. U. S. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for respondent, consented to by counsel for petitioner, ordered petition to review in this cause dismissed for failure of petitioner to file record and docket cause; mandate forthwith.